John J. Talton, Chapter 13 Trustee

Check No. 805901

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-60331 | 002-0 | GLEN ALVIS ALLEN<br>Original Check written to:<br>FIRST BANK & TRUST<br>P O BOX 151510<br>LUFKIN, TX  79915 | xxxxxxxxxxxxxxIDED | 0.00 | 1,565.58 | 0.00 | 1,565.58 |
| 04-62370 | 009-0 | BOBBY EUGENE BARKER<br>Original Check written to:<br>NUVELL CREDIT COMPANY LLC<br>P O BOX 7100<br>LITTLE ROCK, AR  72223-7100 | xxxxxxxxxxxxx0183 | 0.00 | 310.81 | 0.00 | 310.81 |
| 04-62370 | 009-1 | BOBBY EUGENE BARKER<br>Original Check written to:<br>NUVELL CREDIT COMPANY LLC<br>P O BOX 7100<br>LITTLE ROCK, AR  72223-7100 | xxxxxxxxxxxxx0183 | 1,443.01 | 213.08 | 0.00 | 213.08 |
| 05-20008 | 018-0 | JAMES W ROSS, III<br>Original Check written to:<br>CAPITAL ONE BANK<br>PO BOX 85167<br>RICHMOND, VA  23285- | xxxxxxxxxxx5374 | 2,593.86 | 205.39 | 0.00 | 205.39 |
| 05-61363 | 002-0 | DON RAY PIRTLE<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxxxx2-05 | 0.00 | 112.37 | 0.00 | 112.37 |
| 05-61363 | 003-0 | DON RAY PIRTLE<br>Original Check written to:<br>LONGVIEW ISD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxxxx1,20 | 0.00 | 912.03 | 0.00 | 912.03 |
| 07-20067 | 003-0 | MARY HELEN FLANAGAN<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxx6766 | 148.83 | 3.96 | 1.53 | 5.49 |