John J. Talton, Chapter 13 Trustee  
Pay to: CLERK   Clerk of the Court  
Check No. 811428

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-62370 | 004-0 | BOBBY EUGENE BARKER<br>Original Check written to:<br>ALLTEL<br>ONE ALLIED DR., BLD 4<br>SECOND FLOOR<br>LITTLE ROCK, AR  72202- | xxx8stl | 1,071.42 | 158.21 | 0.00 | 158.21 |
| 04-62370 | 002-0 | BOBBY EUGENE BARKER<br>Original Check written to:<br>ALLTEL<br>ONE ALLIED DR., BLD 4<br>SECOND FLOOR<br>LITTLE ROCK, AR  72202- | xxx8XGp | 561.33 | 82.89 | 0.00 | 82.89 |
| 05-60245 | 006-0 | JOHNNY EARL SMITH<br>Original Check written to:<br>GASTROENTEROLOGY OF TYLER<br>700 OLYMPIC PLAZA, STE407<br>TYLER, TX  75701 | x8709 | 44.02 | 11.20 | 0.00 | 11.20 |
| 05-60417 | 010-0 | MICHAEL DOWELL THOMPSON<br>Original Check written to:<br>RISK MANAGEMENT ALTERNATIVES<br>P O BOX 105044<br>ATLANTA, GA  30348- | xxxx8589 | 611.32 | 19.39 | 0.00 | 19.39 |
| 05-60545 | 019-0 | EMMETT KYLE HAMPTON<br>Original Check written to:<br>ALLTEL<br>ONE ALLIED DR., BLD 4<br>SECOND FLOOR<br>LITTLE ROCK, AR  72202- | xxx9njw | 861.15 | 3.86 | 0.00 | 3.86 |
| 05-60571 | 018-0 | ANTHONY ANTONIO HATTEN<br>Original Check written to:<br>FIRST BANK OF DELAWARE<br>C/O CHECK 'N GO, LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | xxxxxxx7736 | 274.65 | 9.30 | 0.00 | 9.30 |
| 06-60691 | 005-0 | ANNIE FAYE JOHNSON<br>Original Check written to:<br>ALLTEL<br>BANKRUPTCY DEPT - 1269 B5F03-B<br>1 ALLIED DRIVE<br>LITTLE ROCK, AR  72202-9918 | xxx5NQV | 72.82 | 20.53 | 0.00 | 20.53 |